UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL DIAMOND,

    Plaintiff,

v.

HERMAN MARABLE, JR.,
SHELDON WOLIN, and S. WOLIN
and COMPANY,

    Defendants.
_____/

Case No. 12-cv-11516

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate Judge

OPINION AND ORDER
(1) ADOPTING THE MAGISTRATE JUDGE'S SEPTEMBER 11, 2012
REPORT AND RECOMMENDATION (ECF NO. 22);
(2) DENYING PLAINTIFF'S MOTION TO ENTER DEFAULT (ECF NO. 15); and
(3) DENYING AS MOOT DEFENDANTS' MOTION TO VACATE DEFAULT (ECF NO. 18)

Before the Court is Magistrate Judge Mona K. Majzoub's September 11, 2012 Report and Recommendation (ECF No. 22) Denying Plaintiff's Motion to Enter Default Against Defendants Sheldon Wolin and S. Wolin & Company (ECF No. 15) and Denying as Moot Defendants' Motion to Vacate Plaintiff's Entry of Default (ECF No. 18).

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 22), DENIES Plaintiff's Motion to Enter Default Against Defendants Sheldon Wolin and S. Wolin & Company (ECF No. 15), DENIES AS

1

MOOT Defendants Sheldon Wolin and S. Wolin & Company's Motion to Vacate Plaintiff's Entry of Default Against Them. (ECF No. 18).

IT IS SO ORDERED.

Dated: 11-6-12

Paul D. Borman
United States District Judge